UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WENDELL RAY THOMAS, | Case No. CV 20-2982-DSF (PD) |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING AMENDED REPORT AND ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |
| LAURA ELDRIGE, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Amended Report and Recommendation of United States Magistrate Judge ("Amended Report"), and Petitioner's Objections to that Amended Report. The Court has engaged in a *de novo* review of those portions of the Amended Report to which Petitioner has objected. The Court accepts the Amended Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed with prejudice.

Further, for the reasons stated in the Amended Report and Recommendation, the Court finds that Petitioner has not made a substantial

showing of the denial of a constitutional right and, therefore, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

IT IS SO ORDERED.

DATED: May 10, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE