# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL RAY THOMAS, | Case No. CV 20-2982-DSF (PD) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LAURA ELDRIGE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 10, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE